UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LAMOUNT WHITE, SR.,

     Plaintiff,                                  Case No. 24-cv-10330
                                                 Hon. Matthew F. Leitman

v.

SUSHRUTH SHENAVA,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

                                         KINIKIA ESSIX
                                         CLERK OF COURT

                      By:     s/Holly A. Ryan
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 3, 2024
Detroit, Michigan